IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:08cr90-MHT |
| **SEMMIE THEODORE BAGGIN** | ) | (WO) |

### ORDER

Upon consideration of the recommendation of the United States Magistrate Judge (Doc. No. 19), to which no objections have been filed; and after an independent and de novo review of the record, including the transcript of the hearing before the magistrate judge, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That the recommendation of the United States Magistrate Judge (Doc. No. 19) is adopted; and

(2) That defendant Semmie Theodore Baggin's motion to suppress (Doc. No. 11) is denied.

DONE, this the 3rd day of September, 2008.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE